# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**DARRYL WILLIAMS, #665191**

    **Plaintiff,**

vs.                                                         Case No.  4:11cv289-WS/WCS

**EDWIN BUSS, et al.,**

    **Defendants.**

_____/

## ORDER AND REPORT AND RECOMMENDATION

This cause is before me upon referral from the Clerk.  In an order filed July 20, 2011, Plaintiff was directed to supplement his pending motion for leave to file *in forma pauperis* with a printout of his inmate bank statement by August 19, 2011.  Plaintiff was specifically warned that a recommendation would be made that this case be dismissed if he failed to comply with that order.  Doc. 5.  Plaintiff was also advised that the court would not accept $20 monthly installments from an outside party, and that he must instead provide the court with the printout as directed.   To date, no response has been received from the Plaintiff, however, on July 22, 2011, the court received a payment of $20 from Janice Williams on Plaintiff's behalf.  Doc. 7.  In light of the previous order, the

Clerk will be directed to return that payment to the sender at the address provided on Receipt No. 4-13421.

A trial court has inherent power to dismiss a case sua sponte for failure to prosecute.  <u>Link v. Wabash R.R.</u>, 370 U.S. 626, 82 S.Ct. 1386, 8 L.Ed.2d 734 (1962).  Fed. R. Civ. P. 41(b) authorizes a district court to dismiss an action for failure to obey a court order.  <u>Moon v. Newsome</u>, 863 F.2d 835, 838 and cases cited (11th Cir.), *cert. denied*, 493 U.S. 863 (1989).  Since Plaintiff has failed to comply with an order or to prosecute this case, his complaint should now be dismissed without prejudice.

The Plaintiff shall have a 15 day period after service of this report and recommendation in which to file objections.  This will also afford Plaintiff a final opportunity to show good cause for his failure to respond.  Plaintiff may do so by a motion for reconsideration which will be referred to me by the Clerk.

Accordingly, it is **ORDERED** that the Clerk shall return the $20.00 partial filing fee received from Janet Williams (Receipt No. 4-13421).

It is further respectfully **RECOMMENDED** that this case be **DISMISSED** without prejudice and Plaintiff's motion for leave to proceed *in forma pauperis*, doc. 2, be **DENIED** as moot.

**IN CHAMBERS** at Tallahassee, Florida, on September 27, 2011.

    s/ William C. Sherrill, Jr.
    **WILLIAM C. SHERRILL, JR.**
    **UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

Case No. 4:11cv289-WS/WCS

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**